UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

HEATHER SCHROEDER,
Individually and on behalf of all others
Similarly situated,

        Plaintiff(s),

v.   Cause No. 1:22-cv-00946-JMS-MKK

PROGRESSIVE PALOVERDE
INSURANCE COMPANY, an Ohio
Corporation,

        Defendant(s).

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), **Chris Gold** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **Heather Schroeder** in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): **Florida State Bar admitted in April 14, 2011; Middle District of Florida admitted in October 17, 2013; Southern District of Florida admitted in March 20, 2012; Northern District of Florida admitted in April 8, 2021; Eastern District of Michigan admitted in February 27, 2017; Southern District of Texas admitted in January 28, 2014; Central District of Illinois admitted in March 30, 2012; District of Nebraska admitted in September 22, 2022.**

2. I have **never** been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have **never** received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.  I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.  The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: August 21, 2023          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Chris Gold
　　　　　　　　　　　　　　　　　　　　　Chris Gold, Esq.
　　　　　　　　　　　　　　　　　　　　　**Edelsberg Law, P.A.**
　　　　　　　　　　　　　　　　　　　　　20900 NE 30th Ave., Suite 417
　　　　　　　　　　　　　　　　　　　　　Aventura, FL 33180
　　　　　　　　　　　　　　　　　　　　　561-789-4413
　　　　　　　　　　　　　　　　　　　　　chris@edelsberglaw.com