### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| HEATHER SCHROEDER and MISTY TANNER, individually and on behalf of others similarly situated, | |
| Plaintiffs, | Civil Action: 1:22-cv-00946-JMS-MKK |
| v. | |
| PROGRESSIVE PALOVERDE INSURANCE COMPANY, and PROGRESSIVE SOUTHEASTERN INSURANCE CO., an Ohio corporation, | |
| Defendants. | |

### PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff, by and through undersigned counsel, hereby moves the Court for an order granting class certification pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3). A memorandum in support of this Motion is being submitted herewith. The motion is supported by four expert reports, deposition testimony from Progressive representatives and from Mitchell International, Inc. and J.D. Power corporate representatives, as well as statistical graphs, Plaintiff's valuation reports, and Progressive's form Policy.

For the reasons described in the accompanying memorandum in support, Plaintiff respectfully requests that the Motion be granted.

Dated: August 22, 2023

Respectfully submitted,

*/s/ Jake Phillips*
Jacob L. Phillips (admitted *pro hac vice*)
**NORMAND PLLC**
3165 McCrory Place, Ste. 175
Orlando, FL 32803

Tel: 407-603-6031
Jacob.phillips@normandpllc.com

Scott D. Gilchrist, #16720-53
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: 317-636-6481
Fax: 317-636-2593

Andrew J. Shamis (admitted *pro hac vice*)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Tel: 305-479-2299
ashamis@shamisgentile.com

Joseph Henry (Hank) Bates, III
Edwin Lee Lowther, III
Arkansas Bar No. 2013142
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, AR 72201
Telephone: (501) 312-8500
hbates@cbplaw.com
llowther@cbplaw.com

***Attorneys for Plaintiff & Proposed Class***

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically on this 22nd day of

August, 2023, and will be served upon all counsel or parties of record through the Court's

Electronic Case Filing system.

/s/ *Jake Phillips*
Jacob L. Phillips (admitted *pro hac vice*)