UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HEATHER SCHROEDER and MISTY TANNER, *individually and on behalf of others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE PALOVERDE INSURANCE COMPANY and PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY,<br><br>Defendants. | Case No. 1:22-cv-00946-JMS-MKK |

### DEFENDANTS' NOTICE OF SETTLEMENT AND MOTION TO VACATE DEADLINES

Defendants Progressive Paloverde Insurance Company and Progressive Southeastern Insurance Company (collectively, "Defendants"), by and through its undersigned attorneys, hereby notifies the Court that Plaintiffs and Defendants have reached a settlement in principle as to Plaintiffs' allegations against Defendants and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice. The parties therefore request that the Court vacate all pending deadlines in this matter and set a deadline for filing a stipulation of dismissal. The parties also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 2nd day of December, 2025.

*/s/ Jeffrey S. Cashdan*
Christopher C. Wilson
Edmund L. Abel
Janelle P. Kilies
**Lewis Wagner LLP**
1411 Roosevelt Avenue, Suite 102

Indianapolis, IN 46201
Telephone: 317-237-0500
Facsimile: 317-630-2790
cwilson@lewiswagner.com
eabel@lewiswagner.com
jkilies@lewiswagner.com

Jeffrey S. Cashdan
Zachary A. McEntyre
J. Matthew Brigman
Allison Hill White
Erin M. Munger
**King & Spalding LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: 404-572-4600
Facsimile: 404-572-5100
jcashdan@kslaw.com
zmcentyre@kslaw.com
mbrigman@kslaw.com
awhite@kslaw.com
emunger@kslaw.com

James B. Hike
Michael C. Ross
**Carson LLP**
301 W. Jefferson Blvd, Suite 200
Fort Wayne, IN 46802
Telephone: 260-423-9411
Facsimile: 260-423-4329
hike@carsonllp.com
ross@carsonllp.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, December 2, 2025, I filed the foregoing ***Defendants' Notice of Settlement and Motion to Vacate Deadlines*** with the Clerk of the Court via the Court's electronic filing system, which will provide electronic mail notice to all counsel.

*/s/ Jeffrey S. Cashdan*
Jeffrey S. Cashdan

*Counsel for Defendants*