IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

HEATHER SCHROEDER and MISTY TANNER, individually and on behalf of all others similarly situated,

   *Plaintiffs*,

vs.

PROGRESSIVE PALOVERDE INSURANCE COMPANY and PROGRESSIVE SOUTHEASTERN COMPANY,

   *Defendants*.
_____/

Case No. 1:2022-cv-00946-JMS-MKK

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the Parties' Joint Stipulation of Dismissal filed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and for good cause appearing, IT IS HEREBY ORDERED that:

1. The above-captioned action is DISMISSED WITH PREJUDICE [188] as to all claims of Plaintiffs, Heather Schroeder and Misty Tanner, individually.

2. Each Party shall bear its own attorneys' fees and costs.

SO ORDERED.

Date: 1/20/2026

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies furnished to All Counsel of Record